BEFORE THE THIRD DIVISION, JUNE 4, 1959

**No. 63134.**—"21" Brands, Inc. *v.* United States, protests 58/12397, 58/12398, and 58/12503 (New York).

Opinion by JOHNSON, J. At the trial, it was stipulated that no allowance was made on certain cases of liquor, reported by the inspector as manifested, not found. In accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), it was held that duty

and internal revenue tax are not assessable upon the quantities reported by the inspector as manifested, not found.